UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Shamour E. Williams_
Write the full name of each plaintiff.

**23 CV 4016**
(Include case number if one has been assigned)

-against-

_The City of New York, Police Officer Lewin Jubon Tax ID #971597_

**COMPLAINT**

Do you want a jury trial?
☑ Yes   ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

RECEIVED
SDNY PRO SE OFFICE
2023 MAY 15 AM 9:39

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

---

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐ Federal Question

☒ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_My Fourth Amendment Rights by unreasonable search & seizures including arrest without probable cause. 4th & Fourteenth Amendment Rights to Due Process & Deprived of Life, Liberty or Property_

### B. If you checked Diversity of Citizenship

1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _Shomonk C Williams_, is a citizen of the State of
(Plaintiff's name)

_State of New York_
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _Officer Lewin, Jason_, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _Officer Lewin, Jason_, is incorporated under the laws of the State of _New York_

and has its principal place of business in the State of _New York_

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_Shamark_                    _K_              _Williams_
First Name                Middle Initial        Last Name

_530 W 178st Apt #55_
Street Address

_New York_                        _NY_           _10033_
County, City                      State          Zip Code

_917-349-9972_                    _Wshamark@yahoo.com_
Telephone Number                  Email Address (if available)

Page 3

B. **Defendant Information**

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:
First Name: JASON
Last Name: LEWIN
Current Job Title (or other identifying information): Police Officer
Current Work Address (or other address where defendant may be served): 2207 Amsterdam Ave
County, City: New York
State: N.Y.
Zip Code: 10032

Defendant 2:
First Name / Last Name: The City of New York
Current Job Title (or other identifying information):
Current Work Address (or other address where defendant may be served):
County, City:
State:
Zip Code:

Defendant 3:
First Name:
Last Name:
Current Job Title (or other identifying information):
Current Work Address (or other address where defendant may be served):
County, City:
State:
Zip Code:

Defendant 4:

First Name      Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City      State      Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: 530 W. 178st 5th floor

Date(s) of occurrence: January 20th, 2022

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

On January 20th, 2022 I was wrongfully arrested and charged with PL 215.00.01 & PL 120.00.01. The arrest was forcibly against my fourth amendment rights of unreasonable search & seizures, including arrest without probable cause. My fifth & fourteenth amendment rights, shall not be deprived of life, liberty or property, and any due process rights. I went to trial and prevail on those charges.

Page 5

_____
_____
_____
_____
_____
_____
_____

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

handcuffs were tight on my wrist making wrist sore + painful.

_____
_____

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

Seeking unspecified damages

_____
_____
_____
_____

Page 6

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

May 15th 2023
Dated

Plaintiff's Signature

Shammek    K    Williams
First Name    Middle Initial    Last Name

530 W 178 St apt #5J
Street Address

New York    NY    10033
County, City    State    Zip Code

917-349-2972    Wshammek@yahoo.com
Telephone Number    Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7