

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**ALEXANDRA CORSI**
*Senior Counsel*
Phone: (212) 356-3545
Fax: (212) 356-3509
Email: acorsi@law.nyc.gov

November 3, 2023

**VIA ECF**
Honorable Ona T. Wang
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: <u>Shamark Williams v. City of New York, et al.</u>,
       23 Civ. 04016 (VEC) (OTW)

Your Honor:

    I am a Senior Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and the attorney for defendants City of New York and Jason Lewin (hereinafter "defendants") in the above-referenced matter.[1] I write pursuant to Your Honor's Individual Practices in Civil Cases to respectfully request an adjournment of the status conference currently scheduled for November 7, 2023 at 11:00 AM.[2] This is defendants' first request of this kind and *pro se* plaintiff consents to this request. Should the Court be inclined to grant this request, the parties are available on November 14, 2023 and November 15, 2023 for the status conference.

---

[1] This case has been assigned to Assistant Corporation Counsel Esther Kim, who is admitted to the New York Bar, but is awaiting admission to the S.D.N.Y. Ms. Kim is handling this matter under my supervision and may be reached at (212) 356-2340 or eunkim@law.nyc.gov.

[2] While there does not appear to be an order on the docket referencing the November 7, 2023 conference, Ms. Kim's notes from the September 5, 2023 conference indicate that, during that conference, the Court scheduled the next status conference for November 7, 2023.

2

The reason for this instant request is that our Office will be closed on November 7, 2023 in observance of the Election Day holiday. For this reason, defendants respectfully request an adjournment of the status conference currently scheduled for November 7, 2023 at 11:00 AM to either November 14, 2023 or November 15, 2023 of that following week.

I thank the Court for its time and consideration of this request.

Sincerely,

*/s/ Alexandra Corsi*
Alexandra Corsi
*Senior Counsel*
Special Federal Litigation Division

**VIA FIRST CLASS MAIL**
Shamark Williams
*Plaintiff pro se*
530 W. 178th Street,
Apt. 5J
New York, NY 10033