**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x

SHAMARK K. WILLIAMS,                          :
                                           :
         Plaintiff,   :          23-CV-4016 (DEH) (OTW)
                                           :
     -against-              :          **ORDER**
                                           :
THE CITY OF NEW YORK and                       :
POLICE OFFICER JASON LEWIN                      :
                                           :
       Defendants.     :
                                           :

---------------------------------------------------------x

     **ONA T. WANG**, **United States Magistrate Judge**:

     The Court is in receipt of ECF 21. Defendants' letter motion to adjourn the conference scheduled for November 7, 2023, is **GRANTED**. The status conference will be held on **November 15, 2023, at 11 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

     The Clerk of Court is respectfully directed to close ECF 21.

     **SO ORDERED.**

                                    *s/ Ona T. Wang*

Dated: November 3, 2023                        **Ona T. Wang**
      New York, New York                 United States Magistrate Judge