**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

SHAMARK K. WILLIAMS,

        Plaintiff,

        -against-

THE CITY OF NEW YORK and
POLICE OFFICER JASON LEWIN

        Defendants.

23-CV-4016 (DEH) (OTW)

**ORDER**

---

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold an In-Person Status Conference on **Wednesday, October 16, 2024, at 10:00 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties are directed to meet and confer and file a joint proposed agenda **Wednesday, October 9, 2024**. If the parties cannot file a joint agenda, the parties are directed to file separate agendas **Thursday, October 10, 2024.**

Defendants are directed to serve a copy of this order on Plaintiff and file proof of service on the docket.

**SO ORDERED.**

Dated: September 18, 2024
       New York, New York

                                          *s/ Ona T. Wang*
                                          **Ona T. Wang**
                                          United States Magistrate Judge