UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
SHAMARK K. WILLIAMS,

          Plaintiff,

          -against-

THE CITY OF NEW YORK and
POLICE OFFICER JASON LEWIN

          Defendants.
------------------------------------------------------------x

23-CV-4016 (DEH) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held an In-Person Status Conference on October 16, 2024. As **ORDERED** at the October 16 Conference:

1) The parties are directed to file a joint status letter on the last business Friday of every month, starting **November 22, 2024,** apprising the Court of the status of discovery in this case.

Defendants are directed to serve a copy of this order on Plaintiff and file proof of service on the docket.

**SO ORDERED.**

                                                                         *s/ Ona T. Wang*

Dated: October 16, 2024                                       **Ona T. Wang**
          New York, New York                          United States Magistrate Judge