UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
SHAMARK K. WILLIAMS,

                Plaintiff,

                -against-

THE CITY OF NEW YORK and
POLICE OFFICER JASON LEWIN

                Defendants.
-------------------------------------------------------------x

23-CV-4016 (DEH) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 46, wherein the parties represent that fact discovery is complete, and the parties will not be seeking expert discovery. Discovery is now closed.

The parties also request a briefing schedule for Defendants to move for summary judgment under Fed. R. Civ. P. 56. The parties do not indicate whether Plaintiff intends to move for summary judgment. The Court sets forth the following briefing schedule:

- The parties' motions for summary judgment, if any, are due by **September 12, 2025;**
- The parties' oppositions, if any, are due by **October 10, 2025;**
- The parties' replies, if any, are due by **November 7, 2025.**

Because Plaintiff is proceeding *pro se*,[1] Defendants are reminded of their notice obligations under Local Civil Rules 56.2 and Rule 5.b. of Judge Ho's Individual Practices in Civil Pro Se Cases.[2]

Defendants are directed to serve a copy of this order on Plaintiff and file proof of service on the docket by **August 8, 2025**.

**SO ORDERED.**

Dated: July 30, 2025
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge

---

[1] On November 16, 2023, I referred the parties to the Court's Mediation Program and directed the Clerk of Court to attempt to locate pro bono counsel to represent Plaintiff for the sole purposes of the mediation. (ECF 24). Susanne Toes filed a notice of appearance as pro bono counsel on Plaintiff's behalf on December 5, 2025. (ECF 25). After mediation was unsuccessful, Ms. Toes's representation of Plaintiff terminated.

[2] Judge Ho's Individual Practices in Civil Pro Se Cases are available here: https://www.nysd.uscourts.gov/sites/default/files/practice_documents/DEH%20Ho%20Individual%20Rules%20and%20Practices%20in%20Civil%20Pro%20Se%20Cases%20-%20February%202025%2C%202025.pdf.