UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
SHAMARK K. WILLIAMS,

               Plaintiff,

               -against-

THE CITY OF NEW YORK and
POLICE OFFICER JASON LEWIN

               Defendants.
------------------------------------------------------------x

23-CV-4016 (DEH) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

    The Court is in receipt of ECF 73, wherein Plaintiff is seeking to compel production of communications between NYPD Officer Jason Lewin and the New York County District Attorney. This was filed on September 25, 2025, following the initial request Plaintiff alleges was made made at the August 2025 meet and confer between the parties, and the follow-up request made by Plaintiff on September 14. (ECF 71).

    As of July 25, 2025, parties' filed a joint status letter confirming that they "have completed all fact discovery" and that "they will not be seeking to pursue expert discovery and thus certify that discovery is now closed." (ECF 53). As ordered in my July 30, 2025 Order, discovery is closed. (ECF 54). Therefore, Plaintiff's discovery requests made in August of 2025 and later are untimely and are therefore **DENIED.**

    Defendants are reminded of their notice obligations under Local Civil Rules 56.2 and Rule 5.b. of Judge Ho's Individual Practices in Civil Pro Se Cases.

    Defendants are directed to serve a copy of this order on Plaintiff and file proof of service on the docket by **October 31, 2025**.

2

**SO ORDERED.**

|  |  |
|---|---|
| Dated: October 23, 2025<br>New York, New York | *s/ Ona T. Wang*<br>**Ona T. Wang**<br>United States Magistrate Judge |