UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Williams,

Plaintiff(s),

v.

City of New York et al.,

Defendant(s).

23-CV-4016 (DEH)

ORDER

DALE E. HO, United States District Judge:

On August 17, 2026, Plaintiff's objections to the Magistrate Judge's Report and Recommendation were emailed to the Clerk's Office, but they were not placed on the docket because they were received in word format. In light of Plaintiff's pro se status, the Court will accept these objections as timely and will file PDFs of said objections on the docket separately.

Accordingly, Defendants shall, by **September 17, 2026**, file any responses to the Plaintiff's objections to the Report and Recommendation.

SO ORDERED.

Dated: September 3, 2026
New York, New York

DALE E. HO
United States District Judge