**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

SHAMARK WILLIAMS,

Plaintiff,

-against-

THE CITY OF NEW YORK, ET AL,

Defendants.

-----------------------------------------------------------------X

23 **CIVIL** 4016 (DEH)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated September 25, 2026, the Report is ADOPTED IN FULL. As set forth in the Report, Defendants have carried their burden to show that no reasonable factfinder could find in favor of Plaintiff on false arrest, malicious prosecution, excessive force, and municipal liability; accordingly, the case is closed.

**Dated:** New York, New York
September 30, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**