UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

SHAMARK WILLIAMS,

Plaintiff,

-against-

CITY OF NEW YORK,

POLICE OFFICER JASON LEWIN,

Defendants.

Application **DENIED** as moot.

SO ORDERED.

Dated: November 6, 2026
New York, New York

Dale E. Ho
United States District Judge

23-CV-04016 (DEH)(OTW)

PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE A NOTICE OF APPEAL

Honorable Dale E. Ho

United States District Judge

Plaintiff Shamark Williams, proceeding pro se, respectfully moves this Court pursuant to Federal Rule of Appellate Procedure 4(a)(5) for an extension of time to file a Notice of Appeal from the Court's September 25, 2026 Memorandum Opinion and Order (ECF No. 98), adopting the Report and Recommendation and closing this action.

Plaintiff acknowledges that he received the Court's September 25, 2026 decision within 21 days of its entry. Plaintiff's request is not based on a failure to receive the decision itself. Rather, this motion concerns the incomplete delivery of the appellate package, Plaintiff's

efforts to obtain the complete materials and instructions, and the lack of a response to his subsequent request through the Court's electronic filing system.

## I. REASONS FOR THE REQUEST

1. On September 25, 2026, this Court entered its Memorandum Opinion and Order adopting the Report and Recommendation and granting Defendants' motion for summary judgment.

2. Plaintiff received the Court's decision within the 21-day period following its entry.

3. On October 5th, 2026, Plaintiff was informed by the District Court Clerk's Office that an appellate package had been sent to him by email.

4. However, Plaintiff received only one page and did not receive the complete appellate package that he understood had been transmitted.

5. On October 5, 2026, Plaintiff contacted the United States Court of Appeals for the Second Circuit seeking guidance concerning the procedure for initiating an appeal. Plaintiff was instructed to contact the District Court Clerk's Office regarding the appellate materials.

6. Plaintiff subsequently contacted the District Court Clerk's Office and explained that he had not received the complete appellate package, but only one page.

7. Plaintiff also submitted a written request through the Court's electronic filing system seeking the complete appellate package.

8. Plaintiff did not receive a response to that request and was not provided with the complete materials he had been attempting to obtain.

9. Although Plaintiff had received the underlying decision, he remained uncertain about the necessary appellate filing procedures because the complete appellate package and instructions had not been successfully delivered.

10. Plaintiff was not intentionally abandoning his appellate rights. To the contrary, he made affirmative efforts to pursue an appeal by contacting the Second Circuit, contacting the District Court Clerk's Office, and submitting a written request through the electronic filing system.

11. Plaintiff respectfully submits that his failure to file the Notice of Appeal within the original period resulted from the circumstances surrounding the incomplete electronic delivery, his unsuccessful attempts to obtain the complete appellate materials, and the absence of a response to his request.

12. Plaintiff is proceeding without counsel and made these efforts in good faith while attempting to understand and comply with the appellate procedures.

## II. LEGAL BASIS

13. Federal Rule of Appellate Procedure 4(a)(5)(A) authorizes the District Court to extend the time to file a Notice of Appeal when the moving party files a motion no later than 30

days after expiration of the original appeal period and demonstrates excusable neglect or good cause.

14. Plaintiff respectfully submits that his documented efforts to obtain the complete appellate materials, his communications with both court offices, and his unsuccessful request through the electronic filing system demonstrate good-faith efforts to preserve his appellate rights.

15. Plaintiff is not asking the Court to disregard the applicable appellate rules. He is requesting an opportunity to pursue appellate review based upon the particular circumstances that prevented him from completing the filing within the original period.

16. Plaintiff respectfully requests that the Court consider these circumstances under the excusable-neglect and good-cause standards of Rule 4(a)(5).

## III. REQUEST FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

1. Accept this motion pursuant to Federal Rule of Appellate Procedure 4(a)(5);

2. Find that the circumstances surrounding Plaintiff's failure to file the Notice of Appeal within the original period establish excusable neglect or good cause;

3. Grant Plaintiff an extension of time to file his Notice of Appeal as permitted by Rule 4(a)(5)(C);

4. Permit Plaintiff to file his Notice of Appeal within the extended period established by the Court;

5. Grant such other and further relief as the Court deems just and proper.

Plaintiff respectfully seeks this relief so that he may obtain appellate review of the September 25, 2026 decision without losing his appellate rights because of the circumstances surrounding his unsuccessful efforts to obtain the complete appellate materials.

Respectfully submitted,

SHAMARK WILLIAMS

Plaintiff, Pro Se

530 West 178th Street, Apt. 5J

New York, New York 10033

Dated: November 3, 2026

DECLARATION OF SHAMARK WILLIAMS

I, Shamark Williams, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the factual statements contained in this motion are true and correct to the best of my personal knowledge and recollection.

I received the September 25, 2026 decision within 21 days of its entry. However, I did not receive the complete appellate package that the District Court Clerk's Office informed me had been sent on September 30, 2026. I received only one page.

I contacted the Second Circuit on October 5, 2026, followed its instructions to contact the District Court Clerk's Office, and submitted a written request through the electronic filing system seeking the complete appellate package.

I did not intend to abandon, waive, or relinquish my right to appeal. I made these efforts because I wanted to pursue appellate review but was unable to obtain the complete appellate materials I had been seeking.

I respectfully request that the Court consider these circumstances and grant my request for an extension of time.

Executed on November 3, 2026.

New York, New York

SHAMARK WILLIAMS

Plaintiff, Pro Se